IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLECOUNTY, FLORIDA.

CASE NO.: 2020-CA-001049-11J-W

STACEY CLOUDEN,

    Plaintiff,

vs.

TACO BELL OF AMERICA, LLC,

    Defendant.

_____/

## COMPLAINT

Plaintiff, Stacey Clouden, sues Defendant, Taco Bell of America, LLC and alleges as follows:

1. This is an action for damages in excess of $30,000.00.

2. Taco Bell of America, LLC operated a restaurant in Altamonte Springs, Seminole County, Florida.

3. On May 20, 2018 Stacey Clouden was a customer at the Taco Bell of America, LLC when she slipped on water on the floor of the restaurant.

4. Taco Bell of America, LLC owed a duty to its customers to clean and maintain the floors of its restaurant so as to avoid hazards due to water accumulating and remaining on the floor, and to warn its customers of the hazard.

5. The water had been on the floor for a sufficient length of time that Taco Bell of American, LLC knew or should have known of the hazard.

6. Taco Bell of America, LLC acted negligently when it failed to exercise reasonable care in the maintenance, inspection, warning and/or mode of operation of the restaurant in maintaining the floors and allowing water to fall and remain on the floor and in failing to warn its customers of the hazard.

7. The failure of Taco Bell of America, LLC to exercise reasonable care was the legal cause of the loss, injury and damage suffered by Stacey Clouden.

8. That as a direct and proximate result of the carelessness and negligence of Taco Bell of America, LLC, Plaintiff, Stacey Clouden suffered bodily injury and resulting pain and suffering, disability,

disfigurement, mental anguish, loss of the capacity for the enjoyment of life, medical treatment and loss of earnings. The losses are permanent and continuing in nature and Plaintiff, will suffer these losses in the future.

WHEREFORE, the Plaintiff, Stacey Clouden, demands judgment for damages against Taco Bell of America, LLC, and requests a trial by jury on all issues.

/s/David R. Heil
DAVID R. HEIL, ESQUIRE
Florida Bar No. 435422
**DAVID R. HEIL, P.A.**
2324 Lee Road
Winter Park, Florida 32789
(407) 599-2100
Facsimile No. (407) 599-7733
Pleadings@heil-law.com
David@heil-law.com
Attorney for Plaintiff